

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2022

No. 04-22-00512-CV

**IN THE INTEREST OF M.S.M., K.C.M., AND C.C.M.**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVPC-21-0000251
Honorable Dennis Powell, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating Appellant W.M.'s parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant W.M. has filed a motion for extension of time to file his brief. Appellant W.M.'s motion is GRANTED. Appellant W.M.'s brief is due on October 17, 2022.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** September 29, 2022.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
CLERK OF COURT